IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00946-RPM-KLM

CAROL PEATS,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,

    Defendant.

_____

ORDER DISMISSING CASE WITH PREJUDICE
_____

Pursuant to the parties' Stipulation of Dismissal with Prejudice, filed September 22, 2008 [13] and Fed.R.Civ.P 41(a)(1)(ii), it is

ORDERED that this civil action is dismissed with prejudice, with each party to pay her or its own attorney's fees and costs.

DATED: September 22nd, 2008

                                              BY THE COURT:

                                              s/ Richard P. Matsch

                                              _____

                                              Richard P. Matsch, Senior District Judge